**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Daniel A. Ward,

                                                                                  :          Chapter 13
                                                                                 :
                           Debtor                      :          Bky. No. **23-13394 (PMM)**

**O R D E R**

**AND NOW,** upon consideration of the Debtors' Motion for an Additional Extension of Time (Doc. no. 10, "the Motion"), it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **December 20, 2023**.

2. **NO FURTHER EXTENSIONS WILL BE GRANTED. If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

3. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before February 6, 2024.**

4. Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

*/s/ Patricia M. Mayer*

Date: 12/7/23

                                                   **Hon. Patricia M. Mayer**
                                                   **U.S. Bankruptcy Judge**