**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                          :         CHAPTER 13

Daniel A. Ward

     DEBTOR                                                    :         BKY. NO:   23-13394-pmm

**CERTIFICATION OF SERVICE**

     I, Michael A. Cibik, Esquire, attorney for Debtor, do hereby certify that all creditors, trustee, and any interested parties were served by Electronic Means and/or First-Class Mail, a copy of the Chapter 13 Plan.

                                    Respectfully Submitted,

Date:   12/12/2023                                            /s/Michael A. Cibik
                                                 MICHAEL A. CIBIK, ESQUIRE
                                                 CIBIK LAW, P.C.
                                                 1500 WALNUT STREET, STE. 900
                                                 PHILADELPHIA, PA   19102
                                                 (215) 735-1060