```
DANIEL A WARD                                    AT&T MOBILITY SERVICES, LLC.
5820 N. FAIRHILL ST                        1025 Lenox Park Blvd NE, Atlanta, GA 30319
PHILADELPHIA PA  19120                  Payroll Address: 1010 Pine, St. Louis, MO 63101
                  PERS NO: 00489095              OneStop: 888-722-1707
CHECK DATE: 09/29/2023  PAY PERIOD FROM 09/10/2023 TO 09/23/2023  TOTAL CURRENT PPD WKD HRS:  70.38   M1-EIN 37-1417265
```

| CURRENT RATE 23.4875 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| TOTAL COMPENSATION | 2,839.82 | 46,391.10 | 091023-092323 | REGULAR | 23.4875 | 70.38 | 1,653.05 |
|  |  |  |  | PDO/EWP ALLOWANCE | 23.4875 | 2.00 | 46.98 |
| TOTAL TAX WITHHOLDING | -738.39 | -10,749.64 |  | UNPAID TIME OFF |  | 8.00 |  |
|  |  |  |  | PREMIUM 0.5 | 11.7438 | 1.83 | 21.49 |
| FEDERAL | -324.36 | -4,121.36 | 080123-083123 | COMMISSION* |  |  | 1,118.30 |
| SOC SECURITY | -176.06 | -2,778.70 |  |  |  |  |  |
| MEDICARE | -41.18 | -649.86 |  |  |  |  |  |
| PA | -87.18 | -1,375.67 |  |  |  |  |  |
| Philadelphia | -107.63 | -1,790.98 |  |  |  |  |  |
| UNEMPLOYMENT TAX | -1.98 | -33.07 |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| TOTAL REFUNDS/DEDUCTIONS | -334.54 | -8,255.79 |  |  |  |  |  |
| ARSP BASIC 401K | -305.29 | -4,842.83 |  |  |  |  |  |
| UNION DUES CWA | -27.25 | -540.16 |  |  |  |  |  |
| CWA-COPE PAC | -2.00 | -40.00 |  |  |  |  |  |
| MEDICAL-PRETX | 0.00 | -1,125.00 |  |  |  |  |  |
| ACCIDENTAL LOSS-PRETX | 0.00 | -52.38 |  |  |  |  |  |
| DENTAL-PRETX | 0.00 | -90.00 |  |  |  |  |  |
| VISION-PRETX | 0.00 | -36.00 |  |  |  |  |  |
| CAREPLUS-PRETX | 0.00 | -9.00 |  |  |  |  |  |
| SUPL LIFE-AFTX | 0.00 | -91.71 |  |  |  |  |  |
| ANCILLARY BEN-AFTX | 0.00 | -183.51 |  |  |  |  |  |
| HLTH CARE FSA ACCT-PRETX | 0.00 | -1,125.00 |  |  |  |  |  |
| ARSP LOAN | 0.00 | -120.20 |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| NET DIRECT DEPOSIT | 1,766.89 | xxxxxxxxxxxxxx |  |  |  |  |  |

| TAXABLE WAGES | THIS PERIOD | YTD |
|---|---|---|
| FEDERAL | 2,534.53 | 39,966.89 |
| SOC SECURITY | 2,839.82 | 44,817.82 |
| MEDICARE | 2,839.82 | 44,817.82 |
| PA | 2,839.82 | 44,809.72 |
| Philadelphia | 2,839.82 | 47,255.20 |
| UNEMPLOYMENT | 2,839.82 | 47,247.10 |

*SEE COMMISSION/INCENTIVE/AWARD STATEMENT(S) FOR MORE DETAIL

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | THIS PERIOD | YTD |
|---|---|---|---|---|---|
| IRS VAL EXCESS BASIC LIFE | 0.00 | 8.10 |  |  |  |

2023 SOC SECURITY LIMITS: WAGES: 160,200.00 TAXES: 9,932.40

```
DANIEL A WARD                                              AT&T MOBILITY SERVICES, LLC.
5820 N. FAIRHILL ST                                     1025 Lenox Park Blvd NE, Atlanta, GA 30319
PHILADELPHIA PA  19120                                  Payroll Address: 1010 Pine, St. Louis, MO 63101
                    PERS NO: 00489095                          OneStop: 888-722-1787
CHECK DATE: 10/13/2023  PAY PERIOD FROM 09/24/2023 TO 10/07/2023  TOTAL CURRENT PPD WKD HRS:  15.65  M1-EIN 37-1417265
```

| CURRENT RATE  23.4875 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| TOTAL COMPENSATION | 1,494.98 | 47,826.08 | 092423-100723 | REGULAR | 23.4875 | 15.65 | 367.58 |
|  |  |  |  | PDO/EVP ALLOWANCE | 23.4875 | 8.00 | 187.90 |
| TOTAL TAX WITHHOLDING | -256.40 | -11,006.04 |  | VACATION | 23.4875 | 40.00 | 939.50 |
|  |  |  |  | UNPAID TIME OFF |  | 12.00 |  |
| FEDERAL | -52.35 | -4,173.71 |  |  |  |  |  |
| SOC SECURITY | -84.64 | -2,863.34 |  |  |  |  |  |
| MEDICARE | -19.79 | -669.65 |  |  |  |  |  |
| PA | -41.88 | -1,417.55 |  |  |  |  |  |
| Philadelphia | -56.69 | -1,847.67 |  |  |  |  |  |
| UNEMPLOYMENT TAX | -1.05 | -34.12 |  |  |  |  |  |
| TOTAL REFUNDS/DEDUCTIONS | -344.91 | -8,600.70 |  |  |  |  |  |
| MEDICAL-PRETX | -62.50 | -1,187.50 |  |  |  |  |  |
| ACCIDENTAL LOSS-PRETX | -5.82 | -58.20 |  |  |  |  |  |
| SUPL LIFE-AFTX | -10.19 | -101.90 |  |  |  |  |  |
| ANCILLARY BEN-AFTX | -10.20 | -193.71 |  |  |  |  |  |
| HLTH CARE FSA ACCT-PRETX | -62.50 | -1,187.50 |  |  |  |  |  |
| ARSP BASIC 401K | -164.45 | -5,007.28 |  |  |  |  |  |
| UNION DUES CWA | -27.25 | -567.41 |  |  |  |  |  |
| CWA-COPE PAC | -2.00 | -42.00 |  |  |  |  |  |
| DENTAL-PRETX | 0.00 | -90.00 |  |  |  |  |  |
| VISION-PRETX | 0.00 | -36.00 |  |  |  |  |  |
| CAREPLUS-PRETX | 0.00 | -9.00 |  |  |  |  |  |
| ARSP LOAN | 0.00 | -120.20 |  |  |  |  |  |
| NET DIRECT DEPOSIT | 893.67 | xxxxxxxxxxxxxx |  |  |  |  |  |

| TAXABLE WAGES | THIS PERIOD | YTD |
|---|---|---|
| FEDERAL | 1,199.71 | 41,166.60 |
| SOC SECURITY | 1,365.06 | 46,182.88 |
| MEDICARE | 1,365.06 | 46,182.88 |
| PA | 1,364.16 | 46,173.88 |
| Philadelphia | 1,495.88 | 48,751.08 |
| UNEMPLOYMENT | 1,494.98 | 48,742.08 |

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | THIS PERIOD | YTD |
|---|---|---|---|---|---|
| IRS VAL EXCESS BASIC LIFE | 0.90 | 9.00 |  |  |  |

2023 SOC SECURITY LIMITS: WAGES: 160,200.00 TAXES: 9,932.40

| | | | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|
| DANIEL A WARD<br>5820 N. FAIRHILL ST<br>PHILADELPHIA PA  19120 | | | AT&T MOBILITY SERVICES, LLC.<br>1025 Lenox Park Blvd NE, Atlanta, GA 30319<br>Payroll Address: 1010 Pine, St. Louis, MO 63101 | | | | |
| | PERS NO: 00489035 | | | OneStop: 888-722-1707 | | | |
| CHECK DATE: 10/27/2023 | PAY PERIOD FROM 10/08/2023 TO 10/21/2023 | | | TOTAL CURRENT PPD WKD HRS: | 0.00 | M1-EIN 37-1417265 | |
| CURRENT RATE  23.4875 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
| TOTAL COMPENSATION | 1,140.22 | 48,966.30 | 100823-102123 | HOLIDAY ALLOWANCE<br>VACATION | 23.4875<br>23.4875 | 24.00<br>6.00 | 563.70<br>140.93 |
| TOTAL TAX WITHHOLDING | -247.06 | -11,253.10 | 090123-093023 | UNPAID TIME OFF<br>COMMISSION* | | 40.00 | 435.59 |
| FEDERAL | -95.83 | -4,269.54 | | | | | |
| SOC SECURITY | -62.01 | -2,925.35 | | | | | |
| MEDICARE | -14.50 | -684.15 | | | | | |
| PA | -30.70 | -1,448.25 | | | | | |
| Philadelphia | -43.22 | -1,890.89 | | | | | |
| UNEMPLOYMENT TAX | -0.80 | -34.92 | | | | | |
| TOTAL REFUNDS/DEDUCTIONS | -316.27 | -8,916.97 | | | | | |
| MEDICAL-PRETX | -62.50 | -1,250.00 | | | | | |
| DENTAL-PRETX | -10.00 | -100.00 | | | | | |
| VISION-PRETX | -4.00 | -40.00 | | | | | |
| CAREPLUS-PRETX | -1.00 | -10.00 | | | | | |
| ANCILLARY BEN-AFTX | -10.19 | -203.90 | | | | | |
| HLTH CARE FSA ACCT-PRETX | -62.50 | -1,250.00 | | | | | |
| ARSP BASIC 401K | -135.83 | -5,144.11 | | | | | |
| UNION DUES CWA | -27.25 | -594.66 | | | | | |
| CWA-COPE PAC | -2.00 | -44.00 | | | | | |
| ACCIDENTAL LOSS-PRETX | 0.00 | -58.20 | | | | | |
| SUPL LIFE-AFTX | 0.00 | -101.90 | | | | | |
| ARSP LOAN | 0.00 | -120.20 | | | | | |
| NET DIRECT DEPOSIT | 576.89 | xxxxxxxxxxxxxx | | | | | |
| TAXABLE WAGES | THIS PERIOD | YTD | | | | | |
| FEDERAL | 863.39 | 42,029.99 | | | | | |
| SOC SECURITY | 1,000.22 | 47,183.10 | | | | | |
| MEDICARE | 1,000.22 | 47,183.10 | | | | | |
| PA | 1,000.22 | 47,174.10 | | | | | |
| Philadelphia | 1,140.22 | 49,891.30 | | | | | |
| UNEMPLOYMENT | 1,140.22 | 49,882.30 | | | | | |
| | | | | *SEE COMMISSION/INCENTIVE/AWARD STATEMENT(S) FOR MORE DETAIL | | | |
| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | | | THIS PERIOD | YTD |
| IRS VAL EXCESS BASIC LIFE | 0.00 | 9.00 | | | | | |
| 2023 SOC SECURITY LIMITS:  WAGES: | 160,200.00 | TAXES: | 9,932.40 | | | | |

| | | | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|

DANIEL A WARD
5820 N. FAIRHILL ST
PHILADELPHIA PA 19120

AT&T MOBILITY SERVICES, LLC.
1025 Lenox Park Blvd NE, Atlanta, GA 30319
Payroll Address: 1010 Pine, St. Louis, MO 63101
PERS NO: 00489035      OneStop: 888-722-1787
CHECK DATE: 11/10/2023    PAY PERIOD FROM 10/22/2023 TO 11/04/2023    TOTAL CURRENT PPD WKD HRS:    0.00    M1-EIN 37-1417265

| CURRENT RATE 23.4875 | THIS PERIOD | YTD |
|---|---|---|
| TOTAL COMPENSATION | 0.00 | 48,966.90 |
| TOTAL TAX WITHHOLDING | 0.00 | -11,253.10 |
| FEDERAL | 0.00 | -4,269.54 |
| SOC SECURITY | 0.00 | -2,925.35 |
| MEDICARE | 0.00 | -684.15 |
| PA | 0.00 | -1,448.25 |
| Philadelphia | 0.00 | -1,890.89 |
| UNEMPLOYMENT TAX | 0.00 | -34.92 |
| TOTAL REFUNDS/DEDUCTIONS | 0.00 | -8,916.97 |
| MEDICAL-PRETX | 0.00 | -1,250.00 |
| ACCIDENTAL LOSS-PRETX | 0.00 | -58.20 |
| DENTAL-PRETX | 0.00 | -100.00 |
| VISION-PRETX | 0.00 | -40.00 |
| CAREPLUS-PRETX | 0.00 | -10.00 |
| SUPL LIFE-AFTX | 0.00 | -101.90 |
| ANCILLARY BEN-AFTX | 0.00 | -203.90 |
| HLTH CARE FSA ACCT-PRETX | 0.00 | -1,250.00 |
| ARSP BASIC 401K | 0.00 | -5,144.11 |
| ARSP LOAN | 0.00 | -120.20 |
| UNION DUES CWA | 0.00 | -594.66 |
| CWA-COPE PAC | 0.00 | -44.00 |
| | 0.00 | xxxxxxxxxxxxxxx |

| TAXABLE WAGES | THIS PERIOD | YTD |
|---|---|---|
| FEDERAL | 0.00 | 42,029.99 |
| SOC SECURITY | 0.90 | 47,184.00 |
| MEDICARE | 0.90 | 47,184.00 |
| Philadelphia | 0.90 | 49,892.20 |
| PA | 0.00 | 47,174.10 |
| UNEMPLOYMENT | 0.00 | 49,882.30 |

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | THIS PERIOD | YTD |
|---|---|---|---|---|---|
| IRS VAL EXCESS BASIC LIFE | 0.90 | 9.90 | | | |

2023 SOC SECURITY LIMITS: WAGES: 160,200.00 TAXES: 9,932.40

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DANIEL A VARD<br>5820 N. FAIRHILL ST<br>PHILADELPHIA PA 19120 | | | AT&T MOBILITY SERVICES, LLC.<br>1025 Lenox Park Blvd NE, Atlanta, GA 30319<br>Payroll Address: 1010 Pine, St. Louis, MO 63101 | | | | |
| | PERS NO: 00489035 | | OneStop: 888-722-1787 | | | | |
| CHECK DATE: 11/22/2023 | PAY PERIOD FROM 11/05/2023 TO 11/18/2023 | | TOTAL CURRENT PPD WKD HRS: | | 0.00 | M1-EIN 37-1417265 | |
| CURRENT RATE   23.4875 | THIS PERIOD | YTD | PAY PERIOD | DESCRIPTION | RATE | HOURS | AMOUNT |
| TOTAL COMPENSATION | 348.68 | 49,314.98 | 110523-111823 | DIS DENIED | | 80.00 | |
| | | | 100123-103123 | COMMISSION* | | | 348.68 |
| TOTAL TAX WITHHOLDING | -72.55 | -11,325.65 | 102223-110423 | DIS DENIED | | 80.00 | |
| FEDERAL | -36.70 | -4,306.16 | | | | | |
| SOC SECURITY | -12.94 | -2,938.35 | | | | | |
| MEDICARE | -3.02 | -687.19 | | | | | |
| PA | -6.41 | -1,454.66 | | | | | |
| Philadelphia | -13.24 | -1,904.13 | | | | | |
| UNEMPLOYMENT TAX | -0.24 | -35.16 | | | | | |
| TOTAL REFUNDS/DEDUCTIONS | -248.53 | -9,165.50 | | | | | |
| MEDICAL-PRETX | -62.50 | -1,312.50 | | | | | |
| DENTAL-PRETX | -10.00 | -110.00 | | | | | |
| VISION-PRETX | -4.00 | -44.00 | | | | | |
| CAREPLUS-PRETX | -1.00 | -11.00 | | | | | |
| ANCILLARY BEN-AFTX | -10.19 | -214.09 | | | | | |
| HLTH CARE FSA ACCT-PRETX | -62.50 | -1,312.50 | | | | | |
| ARSP BASIC 401K | -41.84 | -5,185.95 | | | | | |
| UNION DUES CWA | -54.50 | -649.16 | | | | | |
| CWA-COPE PAC | -2.00 | -46.00 | | | | | |
| ACCIDENTAL LOSS-PRETX | 0.00 | -58.20 | | | | | |
| SUPL LIFE-AFTX | 0.00 | -101.90 | | | | | |
| ARSP LOAN | 0.00 | -120.20 | | | | | |
| NET DIRECT DEPOSIT | 27.60 | xxxxxxxxxxxxxxx | | | | | |
| TAXABLE WAGES | THIS PERIOD | YTD | | | | | |
| FEDERAL | 165.84 | 42,196.83 | | | | | |
| SOC SECURITY | 208.68 | 47,392.68 | | | | | |
| MEDICARE | 208.68 | 47,392.68 | | | | | |
| PA | 208.68 | 47,382.78 | | | | | |
| Philadelphia | 348.68 | 50,240.88 | | | | | |
| UNEMPLOYMENT | 348.68 | 50,230.98 | | | | | |

*SEE COMMISSION/INCENTIVE/AWARD STATEMENT(S) FOR MORE DETAIL

| OTHER INFORMATION | THIS PERIOD | YTD | OTHER INFORMATION | THIS PERIOD | YTD |
|---|---|---|---|---|---|
| IRS VAL EXCESS BASIC LIFE | 0.00 | 9.90 | | | |

2023 SOC SECURITY LIMITS: WAGES: 160,200.00 TAXES: 9,932.40