UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    DANIEL A. WARD<br><br>    Debtor | Chapter 13<br>Bankruptcy No.23-13394-PMM |

OBJECTION OF CHAPTER 13 TRUSTEE
TO CONFIRMATION OF PLAN OF DEBTOR

**AND NOW** comes Kenneth E. West, Esq., Standing Chapter 13 Trustee, to object to confirmation of the chapter 13 plan of the Debtor, because it fails to comply with 11 U.S.C. Sections 1322 and/or 1325 of the Bankruptcy Code, and/or Debtor has failed to provide information, evidence, or corrections to the petition, schedules, statements, or other documents filed by Debtor to enable the standing trustee to evaluate the Plan for confirmation, as follows:

- The Plan violates 11 U.S.C. Section 1325 (b)(4) in that it is not for the applicable commitment period.

- Debtor(s) has/have failed to provide a current pay advice at the meeting of creditors pursuant to Bankruptcy Rule 4002(b)(2)(A).

- Debtor(s) has/have failed to provide required documentation as to expenses as directed at the meeting of creditors.

- Debtor(s) has/have failed to provide evidence of life insurance policy (value) owned by such debtor(s) as directed at the meeting of creditors.

**WHEREFORE**, the standing trustee requests that the Court enter an order in the form annexed hereto denying confirmation of the Plan.

Respectfully submitted,

*/s/ Kenneth E. West*
Kenneth E. West, Esquire
Chapter 13 Standing Trustee