**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>  Daniel A. Ward,<br><br>         Debtor. | Case No. 23-13394<br><br>Chapter 13 |

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of Daniel A. Ward, it is hereby **ORDERED** that:

1. Debtor's employer, AT&T Mobility Services, LLC. ("the employer") shall pay $106.15 directly from each of his regular bi-weekly paychecks, to the chapter 13 trustee at the following address:

   Kenneth E. West, Chapter 13 Trustee
   P.O. Box 1799
   Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date: **April 16, 2024**

_Patricia M. Mayer_
Patricia M. Mayer
U.S. Bankruptcy Judge

CC: AT&T Mobility Services, LLC.
1020 Lenox Park Blvd NE, Atlanta, GA 30319
Payroll: 1010 Pine St. St. Louis, MO 63101